**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES HORAN and HEATHER** | : | **CIVIL ACTION** |
| **HORAN, Individually and as H&W** | : | |
| | : | |
| **v.** | : | **NO. 15-1785** |
| | : | |
| **JOHN VERANO, Individually and** | : | |
| **in his capacity as Branch Manager** | : | |
| **for Frontgate Financial, LLC a/k/a** | : | |
| **Frontgate Mortgage Company** | : | |
| **and FRONTGATE FINANCIAL, LLC** | : | |
| **a/k/a FRONTGATE MORTGAGE** | : | |
| **COMPANY and PACIFIC UNION** | : | |
| **FINANCIAL, LLC s/i/l AMERICAN** | : | |
| **HOME MORTGAGE** | : | |

## ORDER

**AND NOW**, this 15th day of September, 2015, upon consideration of Defendant

Pacific Union Financial, LLC's Motion to Dismiss Plaintiff's Amended Complaint (Document

No. 12), and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiffs' Amended Complaint is **DISMISSED**

as to the defendant Pacific Union Financial, LLC only.


      __/s/Timothy J. Savage_____
      TIMOTHY J. SAVAGE,  J.